IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM A. ROBERTS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:07-1028 |
| | )   Judge Trauger |
| NOVARTIS ANIMAL HEALTH US, INC., | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 18) is **GRANTED**. This case is dismissed.

It is so ordered.

Enter this 19th day of November 2008.

                                              ALETA A. TRAUGER
                                              United States District Judge